**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:19-cv-2844-JSM-AEP | DATE: April 20, 2023 |
| TITLE: **Dustin Brink v. Direct General Insurance Company** | |
| TIME: 10:13 AM – 10:19 AM; 11:20 AM – 11:24 AM | |
| TOTAL: 10 minutes | |

| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
|---|---|
| Court Reporter: Rebekah Lockwood | |
| Counsel for Plaintiff: | Dale Swope; Daniel Greene; Brent Steinberg |
| Counsel for Defendant: | Rory Jurman; Jill Mendelsohn; Peter Lewis |

## CIVIL MINUTES: JURY TRIAL (DAY 4)

Court in session and counsel identified for the record. Dustin Brink is seated at Plaintiff counsel's table.

| | |
|---|---|
| 9:15 AM | All 8 jurors present to resume deliberations. |
| 10:13 AM | Jury question. Parties reconvene in courtroom. Parties and the Court discussed jury question and written answer. |
| 10:19 AM | Written answer provided to the jury. Court in recess. |
| 11:20 AM | Note from Jury. Verdict reached. Parties reconvene in courtroom. |
| 11:21 AM | Jurors enters courtroom. Verdict published. Jurors polled. Jurors excused. |
| 11:24 AM | Court adjourned. |