UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUSTIN C. BRINK,

    Plaintiff,

v.

                                                    CASE NO.: 8:19-cv-2844-JSM-AEP

DIRECT GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## VERDICT FORM

Did DIRECT GENERAL INSURANCE COMPANY act in bad faith in failing to settle the claims against Juan Ruiz De Los Santos and Juan Ruiz Pereles?

    YES __✓__      NO _____

SO SAY WE ALL, this __20th__ day of April, 2023.

                                                         [REDACTED]

                                                         JURY FOREPERSON (sign)

                                                         [REDACTED]

                                                         FOREPERSON (print)