Your Honor,

I know that the guidelines for relief regarding hotel reimbursement includes a 60 mile requirement, but my commute to Osprey in Sarasota County is 54 miles. It took me over 2 hours to get here this morning, and will likely take 3 to get home because of rush hour. I would be grateful for any assistance you could give me.

Respectfully Yours,

████████████████

Your honor,

   Why is it that a judge can tell an attorney how to restate a question so that the opposing attorney doesn't object? Is this not bias?

       Respectfully,

Your Honor,

Can we use the entire book, even those documents not ~~produced~~ presented by either attorney?

Thanks,

███████████
fore-person

The notebook you have contains the documents received into evidence. You must rely upon your memories for other documents which may have been referenced by a witness but are not contained in the notebook.

Judge Moody

②

Your Honor,

We have a verdict.

Sincerely,