UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUSTIN C. BRINK,

    Plaintiff,

v.

                                             CASE NO.: 8:19-cv-2844-JSM-AEP

DIRECT GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## JUDGMENT IN A CIVIL ACTION

THIS CAUSE came before the Court on April 17, 2023, through April 20, 2023, for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of Plaintiff, DUSTIN C. BRINK, and against Defendant, DIRECT GENERAL INSURANCE COMPANY. See Dkt. 178. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Judgment is entered in favor of DUSTIN C. BRINK, and against DIRECT GENERAL INSURANCE COMPANY, in the amount of $19,224,073.56, which includes statutory interest as provided in Fla. Stat. § 55.03, plus interest to accrue as set forth in 28 U.S.C. §1961, for which sum let execution issue.

    2.    Jurisdiction is hereby reserved to consider Plaintiff's motions for an award of costs and attorneys' fees.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of April, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel of Record